# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 11, 2022

Andre V. Bardos
GrayRobinson, PA
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301-1724

Steven Christopher Begakis
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
703-243-9423
ARLINGTON, VA 22209

Karen Ann Brodeen
Office of the Attorney General
PL-01 The Capitol
TALLAHASSEE, FL 32399-1050

William David Chappell
Office of the Attorney General
PL-01 The Capitol
TALLAHASSEE, FL 32399-1050

William Edward Chorba
Office of the Attorney General
PL-01 - The Capitol
400 S MONROE ST
TALLAHASSEE, FL 32399-1050

John J. Cycon
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169

Kenneth Clark Daines
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169

Ashley E. Davis
Florida Department of State
R.A. GRAY BLDG
500 S BRONOUGH ST
TALLAHASSEE, FL 32399

Bilal Ahmed Faruqui
Office of the Attorney General
PL-01 The Capitol
TALLAHASSEE, FL 32399-1050

Benjamin J. Gibson
Shutts & Bowen, LLP
215 S MONROE ST STE 804
TALLAHASSEE, FL 32301

Phillip Michael Gordon
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169

Tyler Richard Green
Consovoy McCarthy, PLLC
222 S MAIN ST FL 5
SALT LAKE CITY, UT 84101

Dallin B. Holt
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169

Mohammad O. Jazil
Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
119 S MONROE ST STE 500
TALLAHASSEE, FL 32301

Bradley Robert McVay
Florida Department of State
R.A. GRAY BLDG
500 S BRONOUGH ST
TALLAHASSEE, FL 32399

George N. Meros Jr.
Shutts & Bowen, LLP
215 S MONROE ST STE 804
TALLAHASSEE, FL 32301

James Timothy Moore Jr.
GrayRobinson, PA
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301-1724

Daniel Nordby
Shutts & Bowen, LLP
215 S MONROE ST STE 804
TALLAHASSEE, FL 32301

Cameron Thomas Norris
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Amber Stoner Nunnally
Shutts & Bowen, LLP
215 S MONROE ST STE 804
TALLAHASSEE, FL 32301

Colleen E. O'Brien
Florida Department of State
R.A. GRAY BLDG
500 S BRONOUGH ST
TALLAHASSEE, FL 32399

Gary V. Perko
Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
119 S MONROE ST STE 500
TALLAHASSEE, FL 32301

Tara R. Price
Shutts & Bowen, LLP
215 S MONROE ST STE 804
TALLAHASSEE, FL 32301

Daniel Joseph Shapiro
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Rachel Siegel
Office of the Attorney General
PL-01 The Capitol
Solicitor General
TALLAHASSEE, FL 32399-1050

William H. Stafford III
Office of the Attorney General
PL-01 The Capitol
TALLAHASSEE, FL 32399-1050

Frank Zacherl
Shutts & Bowen, LLP
200 S BISCAYNE BLVD STE 4100
MIAMI, FL 33431

Appeal Number: 22-11143-G
Case Style: League of Women Voters of Florida Inc, et al v. Florida Secretary of State, et al
District Court Docket No: 4:21-cv-00186-MW-MAF

Please use the appeal number for all filings in this court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Civil Appeal Statement
Appellants and Cross-Appellants must file a Civil Appeal Statement, which is available on the Court's website, within 14 days after this letter's date. See 11th Cir. R. 33-1(a).

Mediation
If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free, and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Defaults
Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed after 14 days and without further notice** unless the following default(s) have been corrected:

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after **April 11, 2022**. See 11th Cir. R. 12-1 and 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, G
Phone #: 404-335-6172

DKT-2 Appeal WITH Deficiency