No. 22-11143 (Related with Nos. 22-11133, 44, 45)[*]

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

LEAGUE OF WOMEN VOTERS, INC., et al.
*Plaintiffs-Appellees*,

v.

LAUREL M. LEE, in her official capacity as Secretary of State of Florida, et al.
*Defendants-Appellants*,

NATIONAL REPUBLICAN SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL COMMITTEE,
*Intervenor-Defendants–Appellants*.

On Appeal from the United States District Court
for the Northern District of Florida, Nos. 4:21-cv-186 (Walker, C.J.)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Lead Counsel for Secretary Lee*

---

[*] Appellants filed notices of appeal in four district court cases that were consolidated for trial, so there are four appellate court dockets—22-11133, 22-11143, 22-11144, 22-1145. This certificate applies to all four.

No. 22-11143 (Related with Nos. 22-11133, 44, 45),
*League of Women Voters Inc. v. Lee*

Per Rule 26.1 and Circuit Rule 26.1, Appellant Secretary Lee certifies that the following have an interest in the outcome of this appeal:

1. Adkins, Janet, *Defendant*
2. Adubu, Nancy, *Attorney for Plaintiffs-Appellees*
3. Advancement Project National Office, *Attorneys for Plaintiffs-Appellees*
4. Aguilera, Cecilia, *Attorney for Plaintiffs-Appellees*
5. Alachua County Attorney's Office, *Attorneys for Defendant*
6. Andersen, Mark, *Defendant*
7. Anderson, Christopher, *Defendant*
8. Anderson, Shirley, *Defendant*
9. Anstaett, David, *Attorney for Plaintiffs-Appellees*
10. Arnold & Porter, LLP, *Attorneys for Plaintiffs-Appellees*
11. Arnold, Melissa, *Defendant*
12. Arrington, Mary, *Defendant*
13. Bailey, Leslie, *Attorney for Plaintiffs-Appellees*
14. Baird, Maureen, *Defendant*
15. Baker McKenzie, LLP, *Attorney for Plaintiffs-Appellees*
16. Bardos, Andy, *Attorney for Defendants*
17. Barton, Kim, *Defendant*
18. Beasley, Bobby, *Defendant*
19. Begakis, Steven, *Attorney for Intervenor-Defendants-Appellants*
20. Bell, Daniel, *Chief Deputy Solicitor General of Florida*
21. Bellamy, Emma, *Attorney for Plaintiffs-Appellees*
22. Benda, Kyle, *Attorney for Defendant*
23. Bennett, Michael, *Defendant*
24. Bentley and Bruning PA, *Attorney for Defendant*
25. Bentley, Morgan, *Attorney for Defendant*
26. Bernstein, Daniel, *Attorney for Plaintiffs-Appellees*
27. Bishop, Marty, *Defendant*

28. Black Voters Matter Fund LLC, *Plaintiff-Appellee*
29. Bledsoe, William, *Attorney for Defendant*
30. Branch, Aria, *Attorney for Plaintiffs-Appellees*
31. Brewton Plante PA, *Attorneys for Defendants*
32. Brigham, Robert, *Plaintiff-Appellee*
33. Brodeen, Karen, *Attorney for Defendants-Appellants*
34. Broward County Attorney's Office, *Attorney for Defendant*
35. Brown, Summer, *Attorney for Defendant*
36. Brown, Tomi, *Defendant*
37. Budhu, Ryan, *Attorney for Plaintiffs-Appellees*
38. Cannon, Starlet, *Defendant*
39. Case, Andrew, *Attorney for Plaintiffs-Appellees*
40. Cavataro, Benjamin, *Attorney for Plaintiffs-Appellees*
41. Chambless, Chris, *Defendant*
42. Chappell, William, *Attorney for Defendant-Appellant*
43. Chason, Sharon, *Defendant*
44. Choi, Ellen, *Attorney for Plaintiffs-Appellees*
45. Chorba, William, *Attorney for Defendant-Appellant*
46. City of Jacksonville, Office of General Counsel, *Attorneys for Defendant*
47. Clark Partington, *Attorneys for Defendant*
48. Common Cause, *Plaintiff-Appellee*
49. Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendants-Appellants*
50. Conyers, Grant, *Defendant*
51. Corley, Brian, *Defendant*
52. County of Volusia, *Attorneys for Defendant*
53. Covington & Burling LLP, *Attorneys for Plaintiffs-Appellees*
54. Cowles, Bill, *Defendant*
55. Cuffe, Edward, *Attorney for Defendant*
56. Cycon, John, *Attorney for Defendant-Appellant*
57. Daines, Kenneth, *Attorney for Defendant-Appellant*

58. Dandeneau, Debra, *Attorney for Plaintiffs-Appellees*
59. Darrow Everett LLP, *Attorneys for Plaintiffs-Appellees*
60. Davis, Ashley, *Attorney for Defendant-Appellant*
61. Davis, Vicki, *Defendant*
62. De Paul, Romane, *Attorney for Plaintiffs-Appellees*
63. Demos, *Attorneys for Plaintiffs-Appellees*
64. Devaney, William, *Attorney for Plaintiffs-Appellees*
65. Disability Rights Florida, *Plaintiff-Appellee*
66. Doyle, Tommy, *Defendant-Appellant*
67. Driggers, Heath, *Defendant*
68. Duke, P. Benjamin, *Attorney for Plaintiffs-Appellees*
69. Dukkipati, Uttara, *Attorney for Plaintiffs-Appellees*
70. Dunaway, Carol, *Defendant*
71. Earley, Mark, *Defendant*
72. Edwards, Brendalyn, *Attorney for Defendant*
73. Edwards, Jennifer, *Defendant*
74. Edwards, Lori, *Defendant*
75. Elias Law Group, *Attorneys for Plaintiffs-Appellees*
76. Elias, Marc, *Attorney for Plaintiffs-Appellees*
77. Ellis, Elizabeth, *Attorney for Defendant*
78. Equal Ground Education Fund, *Plaintiff-Appellee*
79. Erdelyi, Susan, *Attorney for Defendants*
80. Escambia County Attorney's Office, *Attorneys for Defendant*
81. Fair Elections Center, *Attorneys for Plaintiffs-Appellees*
82. Faith in Florida, *Plaintiff-Appellee*
83. Fajana, Francisca, *Attorney for Plaintiffs-Appellees*
84. Farnam, Alteris, *Defendant*
85. Faruqui, Bilal, *Attorney for Defendants-Appellants*
86. Feiser, Craig, *Attorney for Defendant*
87. Ferenc, Samuel, *Attorney for Plaintiffs-Appellees*

No. 22-11143 (Related with Nos. 22-11133, 44, 45),
*League of Women Voters Inc. v. Lee*

88. Fletcher, Michael, *Attorney for Plaintiffs-Appellees*
89. Florida Alliance for Retired Americans Inc., *Plaintiff-Appellee*
90. Florida Department of State, *Attorneys for Defendant-Appellant*
91. Florida Office of the Attorney General, *Attorneys for Defendants-Appellants*
92. Florida Rising Together, *Plaintiff-Appellee*
93. Florida State Conference of the NAACP, *Plaintiff-Appellee*
94. Ford, Christina, *Attorney for Plaintiffs-Appellees*
95. Fouhey, Elizabeth, *Attorney for Plaintiffs-Appellees*
96. Fox, David, *Attorney for Plaintiffs-Appellees*
97. Fram, Daniel, *Attorney for Plaintiffs-Appellees*
98. Freedman, John, *Attorney for Plaintiffs-Appellees*
99. Frost, Elisabeth, *Attorney for Plaintiffs-Appellees*
100. Galbraith, Miles, *Attorney for Plaintiffs-Appellees*
101. Galindo, Emily, *Attorney for Plaintiffs-Appellees*
102. Gardner Bist Bowden et al, *Attorneys for Defendants*
103. Genberg, Jack, *Attorney for Plaintiffs-Appellees*
104. Giannini, Mary, *Attorney for Defendant*
105. Gibson, Benjamin, *Attorney for Intervenor-Defendants-Appellants*
106. Gibson, Francesca, *Attorney for Plaintiffs-Appellees*
107. Gordon, Phillip, *Attorney for Defendant-Appellant*
108. Gray Robinson PA, *Attorneys for Defendant*
109. Green, Tyler, *Attorney for Intervenor-Defendants-Appellants*
110. Griffin, Joyce, *Defendant*
111. Hanlon, John, *Defendant*
112. Harriett Tubman Freedom Fighters Corp., *Plaintiff-Appellee*
113. Hart, Travis, *Defendant*
114. Hays, Alan, *Defendant-Appellant*
115. Henderson Franklin Starnes etc., *Attorneys for Defendants*
116. Hernando County Attorney's Office, *Attorneys for Defendant*
117. Herron, Mark, *Attorney for Defendant*

118. Hillsborough County Office of the County Attorney, *Attorneys for Defendant*
119. Hirschel, Andrew, *Attorney for Plaintiffs-Appellees*
120. Hispanic Federation, *Plaintiff-Appellee*
121. Hogan, Mike, *Defendant*
122. Holt, Dallin, *Attorney for Defendant-Appellant*
123. Holtzman Vogel Baran, et al., *Attorneys for Defendants-Appellants*
124. Hoots, Brenda, *Defendant*
125. Houlihan, Ashley, *Attorney for Defendant*
126. Hutto, Laura, *Defendant*
127. Janousek, John, *Attorney for Defendants*
128. Jarone, Joseph, *Attorney for Defendant*
129. Jazil, Mohammad, *Attorney for Defendant-Appellant*
130. Johnson, Diana, *Attorney for Defendant*
131. Johnson, Kia, *Attorney for Defendant*
132. Jones, Tammy, *Defendant*
133. Jouben, Jon, *Attorney for Defendant*
134. Joyner, Nia, *Attorney for Plaintiffs-Appellees*
135. Kahn, Jared, *Attorney for Defendant*
136. Kanter Cohen, Michelle, *Attorney for Plaintiffs-Appellees*
137. Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*
138. Keen, William, *Defendant*
139. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*
140. Khazem, Jad, *Attorney for Plaintiffs-Appellees*
141. King Blackwell Zehnder, etc PA, *Attorneys for Plaintiffs-Appellees*
142. King, Nellie, *Attorney for Plaintiffs-Appellees*
143. Kinsey, Jennifer, *Defendant*
144. Kirk, Stephen, *Plaintiff-Appellee*
145. Klitsberg, Nathaniel, *Attorney for Defendant*
146. Knight, Shirley, *Defendant*
147. Labasky, Ronald, *Attorney for Defendants*

148. Latimer, Craig, *Defendant*
149. Latino Justice PRLDEF, *Attorneys for Plaintiffs-Appellees*
150. Lavia, John, *Attorney for Defendants*
151. Law Offices of Nellie King PA, *Attorneys for Plaintiffs-Appellees*
152. League of Women Voters of Florida Education Fund Inc., *Plaintiff-Appellee*
153. League of Women Voters of Florida, *Plaintiff-Appellee*
154. Lee, Laurel, *Defendant-Appellant*
155. Lenhart, Kaiti, *Defendant*
156. Lewis, Lisa, *Defendant*
157. Link, Wendy, *Defendant*
158. Lopez, Janine, *Attorney for Plaintiffs-Appellees*
159. Lux, Paul, *Defendant*
160. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*
161. Madison, Alan, *Plaintiff-Appellee*
162. Marcus, Julie, *Defendant*
163. Mari, Frank, *Attorney for Defendants*
164. Marks Gray PA, *Attorneys for Defendant*
165. McVay, Bradley, *Attorney for Defendant-Appellant*
166. Meadows, Therisa, *Defendant*
167. Meros, George, *Attorney for Intervenor-Defendants-Appellants*
168. Messer Caparello & Self PA, *Attorneys for Defendant*
169. Miami-Dade County Attorney's Office, *Attorneys for Defendant*
170. Miller, Jeffrey, *Attorney for Plaintiff-Appellees*
171. Milton, Chris, *Defendant*
172. Mood, Kirsten, *Attorney for Defendant*
173. Moody, Ashley, *Defendant-Appellant*
174. Moore, James, *Attorney for Defendants*
175. Morgan, Joseph, *Defendant*
176. Morris, John, *Attorney for Plaintiffs-Appellees*
177. NAACP Legal Defense & Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

178. Nabors Giblin, & Nickerson PA, *Attorneys for Defendant*

179. Nasseri, Cyrus, *Attorney for Plaintiffs-Appellees*

180. National Center for Law and Economic Justice, *Attorneys for Plaintiffs-Appellees*

181. National Republican Senatorial Committee, *Intervenor-Defendant-Appellant*

182. Negley, Mark, *Defendant*

183. Nordby, Daniel, *Attorney for Intervenor-Defendants-Appellants*

184. Norris, Cameron, *Attorney for Intervenor-Defendants-Appellants*

185. Nunnally, Amber, *Attorney for Intervenor-Defendants-Appellants*

186. Oakes, Vicky, *Defendant*

187. O'Brien, Colleen, *Attorney for Defendant-Appellant*

188. O'Bryant, Patrick, *Attorney for Defendant*

189. O'Callaghan, Brendan, *Attorney for Plaintiffs-Appellees*

190. Ogg, Penny, *Defendant*

191. Olivo, Geraldo, *Attorney for Defendants*

192. Osborne, Deborah, *Defendant*

193. Ott, London, *Attorney for Defendant*

194. Overturf, Charles, *Defendant*

195. Palm Beach County Supervisor of Elections, *Attorneys for Defendant*

196. Paralyzed Veterans of America Central Florida Chapter, *Plaintiff-Appellee*

197. Paralyzed Veterans of America Florida Chapter, *Plaintiff-Appellee*

198. Perkins Coie LLP, *Attorneys for Plaintiffs-Appellees*

199. Perko, Gary, *Attorney for Defendant-Appellant*

200. Pernick, Michael, *Attorney for Plaintiffs-Appellees*

201. Pinellas County Attorney's Office, *Attorneys for Defendant*

202. Poder Latinx, *Plaintiff-Appellee*

203. Poliak, Shira, *Attorney for Plaintiffs-Appellees*

204. Price, Tara, *Attorney for Intervenor-Defendant-Appellants*

205. Reed, Mahogane, *Attorney for Plaintiffs-Appellees*

206. Republican National Committee, *Intervenor-Defendant-Appellant*

207. Riley, Heathers, *Defendant*

No. 22-11143 (Related with Nos. 22-11133, 44, 45),
*League of Women Voters Inc. v. Lee*

208. Rogers, Susan, *Plaintiff-Appellee*
209. Romero-Craft, Kira, *Attorney for Plaintiffs-Appellees*
210. Roper PA, *Attorneys for Defendants*
211. Rosenthal, Oren, *Attorney for Defendant*
212. Rudd, Carol, *Defendant*
213. Salzillo, Benjamin, *Attorney for Defendant*
214. Sanchez, Connie, *Defendant*
215. Saunders, Morgan, *Attorney for Plaintiffs-Appellees*
216. Scoon, Cecile, *Plaintiff-Appellee*
217. Scott, Dale, *Attorney for Defendant*
218. Scott, Joe, *Defendant,*
219. Scott, Lori, *Defendant*
220. Scott, Sharion, *Attorney for Plaintiffs-Appellees*
221. Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*
222. Seyfang, Amanda, *Defendant*
223. Shannin Law Firm PA, *Attorneys for Defendants*
224. Shannin, Nicholas, *Attorney for Defendant*
225. Shapiro, Daniel, *Attorney for Intervenor-Defendants-Appellants*
226. Shaud, Matthew, *Attorney for Defendant*
227. Shearman, Robert, *Attorney for Defendants*
228. Sherman, Jonathan, *Attorney for Plaintiffs-Appellees*
229. Short, Caren, *Attorney for Plaintiffs-Appellees*
230. Shutts & Bowen LLP, *Attorneys for Intervenor-Defendants-Appellants*
231. Siegel, Rachel, *Attorney for Defendant-Appellant*
232. Sivalingam, Danielle, *Attorney for Plaintiffs-Appellees*
233. Smith, Diane, *Defendant*
234. Southerland, Dana, *Defendant*
235. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*
236. Stafford, David, *Defendant*
237. Stafford, William, *Attorney for Defendants-Appellants*

238. Stamoulis, Paula, *Defendant*
239. Stewart, Gregory, *Attorney for Defendant*
240. Stiefel, Aaron, *Attorney for Plaintiffs-Appellees*
241. Swain, Robert, *Attorney for Defendant*
242. Swan, Leslie, *Defendant*
243. Tarpley, Carlton, *Attorney for Plaintiffs-Appellees*
244. Theodore, Elisabeth, *Attorney for Plaintiffs-Appellees*
245. Todd, Stephen, *Attorney for Defendant*
246. Trigg, Amia, *Attorney for Plaintiffs-Appellees*
247. Tuetken, Adam, *Attorney for Amicus*
248. Turner, Ron, *Defendant*
249. UnidosUS, *Plaintiff-Appellee*
250. Valdes, Michael, *Attorney for Defendant*
251. Vicari, Kelly, *Attorney for Defendant*
252. Villane, Tappie, *Defendant*
253. Volusia County Attorney, *Attorneys for Defendant*
254. Walker, Gertrude, *Defendant*
255. Walker, Mark, *District Court Judge*
256. Washington, D.C., Office of the Attorney General, *Attorneys for Amicus*
257. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*
258. Whitaker, Henry C., *Solicitor General of Florida*
259. White, Christina, *Defendant*
260. Wilcox, Wesley, *Defendant*
261. Williamson, Virginia, *Attorney for Plaintiffs-Appellees*
262. Wright, Brenda, *Attorney for Plaintiffs-Appellees*
263. Zacherl, Frank, *Attorney for Intervenor-Defendants-Appellants*
264. Zender, Thomas, *Attorney for Plaintiffs-Appellees*

Per Circuit Rule 26.1-2(c), Appellant Secretary Lee certifies that the CIP contained herein is complete.

No. 22-11143 (Related with Nos. 22-11133, 44, 45),
*League of Women Voters Inc. v. Lee*

Dated: April 13, 2022

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil
Gary V. Perko
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690 / (540) 341-8809 (fax)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com

Phillip M. Gordon
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808 / (540) 341-8809 (fax)
pgordon@holtzmanvogel.com

Bradley R. McVay
  *General Counsel*
Ashley E. Davis
  *Deputy General Counsel*
Colleen E. O'Brien
  *Assistant General Counsel*
William Chappel
  *Assistant General Counsel*
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 / (850) 245-6127 (fax)
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com
colleen.obrien@dos.myflorida.com
David.chappell@dos.myflorida.com

*Counsel for Secretary Lee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing certificate was filed and served on counsel of record through the Court via ECF.

Dated: April 13, 2022                     /s/ *Mohammad O. Jazil*