# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

LEAGUE OF WOMEN VOTERS, et al.
*Plaintiffs-Appellees,*

v.

LAUREL M. LEE, in her official capacity as Secretary of State of Florida, et al.
*Defendants-Appellants,*

NATIONAL REPUBLICAN SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL COMMITTEE,
*Intervenor-Defendants–Appellants.*

On Appeal from the United States District Court
for the Northern District of Florida, Nos. 4:21-cv-186 (Walker, C.J.)

## UNOPPOSED MOTION TO CONSOLIDATE APPELLATE CASES

Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Lead Counsel for Secretary Lee*

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Per Rule 26.1 and Circuit Rule 26.1, Appellants certify that the following have an

interest in the outcome of this appeal:

1.  Adkins, Janet, *Defendant*

2.  Adubu, Nancy, *Attorney for Plaintiffs-Appellees*

3.  Advancement Project National Office, *Attorneys for Plaintiffs-Appellees*

4.  Aguilera, Cecilia, *Attorney for Plaintiffs-Appellees*

5.  Alachua County Attorney's Office, *Attorneys for Defendant*

6.  Andersen, Mark, *Defendant*

7.  Anderson, Christopher, *Defendant*

8.  Anderson, Shirley, *Defendant*

9.  Anstaett, David, *Attorney for Plaintiffs-Appellees*

10. Arnold & Porter, LLP, *Attorneys for Plaintiffs-Appellees*

11. Arnold, Melissa, *Defendant*

12. Arrington, Mary, *Defendant*

13. Bailey, Leslie, *Attorney for Plaintiffs-Appellees*

14. Baird, Maureen, *Defendant*

15. Baker McKenzie, LLP, *Attorney for Plaintiffs-Appellees*

16. Bardos, Andy, *Attorney for Defendants*

17. Barton, Kim, *Defendant*

18. Beasley, Bobby, *Defendant*

19. Begakis, Steven, *Attorney for Intervenor-Defendants-Appellants*

20. Bell, Daniel, *Chief Deputy Solicitor General of Florida*

21. Bellamy, Emma, *Attorney for Plaintiffs-Appellees*

22. Benda, Kyle, *Attorney for Defendant*

23. Bennett, Michael, *Defendant*

24. Bentley and Bruning PA, *Attorney for Defendant*

25. Bentley, Morgan, *Attorney for Defendant*

26. Bernstein, Daniel, *Attorney for Plaintiffs-Appellees*

27. Bishop, Marty, *Defendant*

28. Black Voters Matter Fund LLC, *Plaintiff-Appellee*

29. Bledsoe, William, *Attorney for Defendant*

30. Branch, Aria, *Attorney for Plaintiffs-Appellees*

31. Brewton Plante PA, *Attorneys for Defendants*

32. Brigham, Robert, *Plaintiff-Appellee*

33. Brodeen, Karen, *Attorney for Defendants-Appellants*

34. Broward County Attorney's Office, *Attorney for Defendant*

35. Brown, Summer, *Attorney for Defendant*

36. Brown, Tomi, *Defendant*

37. Budhu, Ryan, *Attorney for Plaintiffs-Appellees*

38. Cannon, Starlet, *Defendant*

39. Case, Andrew, *Attorney for Plaintiffs-Appellees*

40. Cavataro, Benjamin, *Attorney for Plaintiffs-Appellees*

41. Chambless, Chris, *Defendant*

42. Chappell, William, *Attorney for Defendant-Appellant*

43. Chason, Sharon, *Defendant*

44. Choi, Ellen, *Attorney for Plaintiffs-Appellees*

45. Chorba, William, *Attorney for Defendant-Appellant*

46. City of Jacksonville, Office of General Counsel, *Attorneys for Defendant*

47. Clark Partington, *Attorneys for Defendant*

48. Common Cause, *Plaintiff-Appellee*

49. Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendants-Appellants*

50. Conyers, Grant, *Defendant*

51. Corley, Brian, *Defendant*

52. County of Volusia, *Attorneys for Defendant*

53. Covington & Burling LLP, *Attorneys for Plaintiffs-Appellees*

54. Cowles, Bill, *Defendant*

55. Cuffe, Edward, *Attorney for Defendant*

56. Cycon, John, *Attorney for Defendant-Appellant*

57. Daines, Kenneth, *Attorney for Defendant-Appellant*

58. Dandeneau, Debra, *Attorney for Plaintiffs-Appellees*

59. Darrow Everett LLP, *Attorneys for Plaintiffs-Appellees*

60. Davis, Ashley, *Attorney for Defendant-Appellant*

61. Davis, Vicki, *Defendant*

62. De Paul, Romane, *Attorney for Plaintiffs-Appellees*

63. Demos, *Attorneys for Plaintiffs-Appellees*

64. Devaney, William, *Attorney for Plaintiffs-Appellees*

65. Disability Rights Florida, *Plaintiff-Appellee*

66. Doyle, Tommy, *Defendant-Appellant*

67. Driggers, Heath, *Defendant*

68. Duke, P. Benjamin, *Attorney for Plaintiffs-Appellees*

69. Dukkipati, Uttara, *Attorney for Plaintiffs-Appellees*

70. Dunaway, Carol, *Defendant*

71. Earley, Mark, *Defendant*

72. Edwards, Brendalyn, *Attorney for Defendant*

73. Edwards, Jennifer, *Defendant*

74. Edwards, Lori, *Defendant*

75. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

76. Elias, Marc, *Attorney for Plaintiffs-Appellees*

77. Ellis, Elizabeth, *Attorney for Defendant*

78. Equal Ground Education Fund, *Plaintiff-Appellee*

79. Erdelyi, Susan, *Attorney for Defendants*

80. Escambia County Attorney's Office, *Attorneys for Defendant*

81. Fair Elections Center, *Attorneys for Plaintiffs-Appellees*

82. Faith in Florida, *Plaintiff-Appellee*

83. Fajana, Francisca, *Attorney for Plaintiffs-Appellees*

84. Farnam, Alteris, *Defendant*

85. Faruqui, Bilal, *Attorney for Defendants-Appellants*

86. Feiser, Craig, *Attorney for Defendant*

87. Ferenc, Samuel, *Attorney for Plaintiffs-Appellees*

88. Fletcher, Michael, *Attorney for Plaintiffs-Appellees*

89. Florida Alliance for Retired Americans Inc., *Plaintiff-Appellee*

90. Florida Department of State, *Attorneys for Defendant-Appellant*

91. Florida Office of the Attorney General, *Attorneys for Defendants-Appellants*

92. Florida Rising Together, *Plaintiff-Appellee*

93. Florida State Conference of the NAACP, *Plaintiff-Appellee*

94. Ford, Christina, *Attorney for Plaintiffs-Appellees*

95. Fouhey, Elizabeth, *Attorney for Plaintiffs-Appellees*

96. Fox, David, *Attorney for Plaintiffs-Appellees*

97. Fram, Daniel, *Attorney for Plaintiffs-Appellees*

98. Freedman, John, *Attorney for Plaintiffs-Appellees*

99. Frost, Elisabeth, *Attorney for Plaintiffs-Appellees*

100. Galbraith, Miles, *Attorney for Plaintiffs-Appellees*

101. Galindo, Emily, *Attorney for Plaintiffs-Appellees*

102. Gardner Bist Bowden et al, *Attorneys for Defendants*

103. Genberg, Jack, *Attorney for Plaintiffs-Appellees*

104. Giannini, Mary, *Attorney for Defendant*

105. Gibson, Benjamin, *Attorney for Intervenor-Defendants-Appellants*

106. Gibson, Francesca, *Attorney for Plaintiffs-Appellees*

107. Gordon, Phillip, *Attorney for Defendant-Appellant*

108. Gray Robinson PA, *Attorneys for Defendant*

109. Green, Tyler, *Attorney for Intervenor-Defendants-Appellants*

110. Griffin, Joyce, *Defendant*

111. Hanlon, John, *Defendant*

112. Harriett Tubman Freedom Fighters Corp., *Plaintiff-Appellee*

113. Hart, Travis, *Defendant*

114. Hays, Alan, *Defendant-Appellant*

115. Henderson Franklin Starnes etc., *Attorneys for Defendants*

116. Hernando County Attorney's Office, *Attorneys for Defendant*

117. Herron, Mark, *Attorney for Defendant*

118. Hillsborough County Office of the County Attorney, *Attorneys for Defendant*

119. Hirschel, Andrew, *Attorney for Plaintiffs-Appellees*

120. Hispanic Federation, *Plaintiff-Appellee*

121. Hogan, Mike, *Defendant*

122. Holt, Dallin, *Attorney for Defendant-Appellant*

123. Holtzman Vogel Baran, et al., *Attorneys for Defendants-Appellants*

124. Hoots, Brenda, *Defendant*

125. Houlihan, Ashley, *Attorney for Defendant*

126. Hutto, Laura, *Defendant*

127. Janousek, John, *Attorney for Defendants*

128. Jarone, Joseph, *Attorney for Defendant*

129. Jazil, Mohammad, *Attorney for Defendant-Appellant*

130. Johnson, Diana, *Attorney for Defendant*

131. Johnson, Kia, *Attorney for Defendant*

132. Jones, Tammy, *Defendant*

133. Jouben, Jon, *Attorney for Defendant*

134. Joyner, Nia, *Attorney for Plaintiffs-Appellees*

135. Kahn, Jared, *Attorney for Defendant*

136. Kanter Cohen, Michelle, *Attorney for Plaintiffs-Appellees*

137. Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

138. Keen, William, *Defendant*

139. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

140. Khazem, Jad, *Attorney for Plaintiffs-Appellees*

141. King Blackwell Zehnder, etc PA, *Attorneys for Plaintiffs-Appellees*

142. King, Nellie, *Attorney for Plaintiffs-Appellees*

143. Kinsey, Jennifer, *Defendant*

144. Kirk, Stephen, *Plaintiff-Appellee*

145. Klitsberg, Nathaniel, *Attorney for Defendant*

146. Knight, Shirley, *Defendant*

147. Labasky, Ronald, *Attorney for Defendants*

148. Latimer, Craig, *Defendant*

149. Latino Justice PRLDEF, *Attorneys for Plaintiffs-Appellees*

150. Lavia, John, *Attorney for Defendants*

151. Law Offices of Nellie King PA, *Attorneys for Plaintiffs-Appellees*

152. League of Women Voters of Florida Education Fund Inc., *Plaintiff-Appellee*

153. League of Women Voters of Florida, *Plaintiff-Appellee*

154. Lee, Laurel, *Defendant-Appellant*

155. Lenhart, Kaiti, *Defendant*

156. Lewis, Lisa, *Defendant*

157. Link, Wendy, *Defendant*

158. Lopez, Janine, *Attorney for Plaintiffs-Appellees*

159. Lux, Paul, *Defendant*

160. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

161. Madison, Alan, *Plaintiff-Appellee*

162. Marcus, Julie, *Defendant*

163. Mari, Frank, *Attorney for Defendants*

164. Marks Gray PA, *Attorneys for Defendant*

165. McVay, Bradley, *Attorney for Defendant-Appellant*

166. Meadows, Therisa, *Defendant*

167. Meros, George, *Attorney for Intervenor-Defendants-Appellants*

168. Messer Caparello & Self PA, *Attorneys for Defendant*

169. Miami-Dade County Attorney's Office, *Attorneys for Defendant*

170. Miller, Jeffrey, *Attorney for Plaintiff-Appellees*

171. Milton, Chris, *Defendant*

172. Mood, Kirsten, *Attorney for Defendant*

173. Moody, Ashley, *Defendant-Appellant*

174. Moore, James, *Attorney for Defendants*

175. Morgan, Joseph, *Defendant*

176. Morris, John, *Attorney for Plaintiffs-Appellees*

177. NAACP Legal Defense & Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

178. Nabors Giblin, & Nickerson PA, *Attorneys for Defendant*

179. Nasseri, Cyrus, *Attorney for Plaintiffs-Appellees*

180. National Center for Law and Economic Justice, *Attorneys for Plaintiffs-Appellees*

181. National Republican Senatorial Committee, *Intervenor-Defendant-Appellant*

182. Negley, Mark, *Defendant*

183. Nordby, Daniel, *Attorney for Intervenor-Defendants-Appellants*

184. Norris, Cameron, *Attorney for Intervenor-Defendants-Appellants*

185. Nunnally, Amber, *Attorney for Intervenor-Defendants-Appellants*

186. Oakes, Vicky, *Defendant*

187. O'Brien, Colleen, *Attorney for Defendant-Appellant*

188. O'Bryant, Patrick, *Attorney for Defendant*

189. O'Callaghan, Brendan, *Attorney for Plaintiffs-Appellees*

190. Ogg, Penny, *Defendant*

191. Olivo, Geraldo, *Attorney for Defendants*

192. Osborne, Deborah, *Defendant*

193. Ott, London, *Attorney for Defendant*

194. Overturf, Charles, *Defendant*

195. Palm Beach County Supervisor of Elections, *Attorneys for Defendant*

196. Paralyzed Veterans of America Central Florida Chapter, *Plaintiff-Appellee*

197. Paralyzed Veterans of America Florida Chapter, *Plaintiff-Appellee*

198. Perkins Coie LLP, *Attorneys for Plaintiffs-Appellees*

199. Perko, Gary, *Attorney for Defendant-Appellant*

200. Pernick, Michael, *Attorney for Plaintiffs-Appellees*

201. Pinellas County Attorney's Office, *Attorneys for Defendant*

202. Poder Latinx, *Plaintiff-Appellee*

203. Poliak, Shira, *Attorney for Plaintiffs-Appellees*

204. Price, Tara, *Attorney for Intervenor-Defendant-Appellants*

205. Reed, Mahogane, *Attorney for Plaintiffs-Appellees*

206. Republican National Committee, *Intervenor-Defendant-Appellant*

207. Riley, Heathers, *Defendant*

208. Rogers, Susan, *Plaintiff-Appellee*

209. Romero-Craft, Kira, *Attorney for Plaintiffs-Appellees*

210. Roper PA, *Attorneys for Defendants*

211. Rosenthal, Oren, *Attorney for Defendant*

212. Rudd, Carol, *Defendant*

213. Salzillo, Benjamin, *Attorney for Defendant*

214. Sanchez, Connie, *Defendant*

215. Saunders, Morgan, *Attorney for Plaintiffs-Appellees*

216. Scoon, Cecile, *Plaintiff-Appellee*

217. Scott, Dale, *Attorney for Defendant*

218. Scott, Joe, *Defendant,*

219. Scott, Lori, *Defendant*

220. Scott, Sharion, *Attorney for Plaintiffs-Appellees*

221. Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

222. Seyfang, Amanda, *Defendant*

223. Shannin Law Firm PA, *Attorneys for Defendants*

224. Shannin, Nicholas, *Attorney for Defendant*

225. Shapiro, Daniel, *Attorney for Intervenor-Defendants-Appellants*

226. Shaud, Matthew, *Attorney for Defendant*

227. Shearman, Robert, *Attorney for Defendants*

228. Sherman, Jonathan, *Attorney for Plaintiffs-Appellees*

229. Short, Caren, *Attorney for Plaintiffs-Appellees*

230. Shutts & Bowen LLP, *Attorneys for Intervenor-Defendants-Appellants*

231. Siegel, Rachel, *Attorney for Defendant-Appellant*

232. Sivalingam, Danielle, *Attorney for Plaintiffs-Appellees*

233. Smith, Diane, *Defendant*

234. Southerland, Dana, *Defendant*

235. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

236. Stafford, David, *Defendant*

237. Stafford, William, *Attorney for Defendants-Appellants*

238. Stamoulis, Paula, *Defendant*

239. Stewart, Gregory, *Attorney for Defendant*

240. Stiefel, Aaron, *Attorney for Plaintiffs-Appellees*

241. Swain, Robert, *Attorney for Defendant*

242. Swan, Leslie, *Defendant*

243. Tarpley, Carlton, *Attorney for Plaintiffs-Appellees*

244. Theodore, Elisabeth, *Attorney for Plaintiffs-Appellees*

245. Todd, Stephen, *Attorney for Defendant*

246. Trigg, Amia, *Attorney for Plaintiffs-Appellees*

247. Tuetken, Adam, *Attorney for Amicus*

248. Turner, Ron, *Defendant*

249. UnidosUS, *Plaintiff-Appellee*

250. Valdes, Michael, *Attorney for Defendant*

251. Vicari, Kelly*, Attorney for Defendant*

252. Villane, Tappie, *Defendant*

253. Volusia County Attorney, *Attorneys for Defendant*

254. Walker, Gertrude, *Defendant*

255. Walker, Mark, *District Court Judge*

256. Washington, D.C., Office of the Attorney General, *Attorneys for Amicus*

257. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

258. Whitaker, Henry C., *Solicitor General of Florida*

259. White, Christina, *Defendant*

260. Wilcox, Wesley, *Defendant*

261. Williamson, Virginia, *Attorney for Plaintiffs-Appellees*

262. Wright, Brenda, *Attorney for Plaintiffs-Appellees*

263. Zacherl, Frank, *Attorney for Intervenor-Defendants-Appellants*

264. Zender, Thomas, *Attorney for Plaintiffs-Appellees*

No. 22-11143 (Related with Nos. 22-11133, 44, 45),
*League of Women Voters v. Lee*

Dated: April 15, 2022

 */s/ Mohammad O. Jazil*
Counsel for Secretary Lee

Appellant Secretary of State Laurel Lee moves to consolidate four cases before this Court: *Florida Rising Together v. Lee*, 22-11145 (District Court No. 4:21-cv-201); *Florida State Conference of Branches and Youth Units of the NAACP v. Lee*, 22-11144 (District Court No. 4:21-cv-187); *League of Women Voters v. Lee*, 22-11143 (District Court No. 4:21-cv-186); and *Harriet Tubman Freedom Fighters v. Lee*, 22-11133 (District Court No. 4:21-cv-242).

By way of background, these cases are constitutional and statutory challenges to Senate Bill 90, a Florida election-reform bill. Below, Chief Judge Walker of the Northern District of Florida consolidated the four cases for the purposes of trial and issued an omnibus order, applicable to all four cases, following trial. On April 7, 2022, the Secretary and other Appellants filed notices of appeal in each case and appealed the omnibus order. On April 11, the Secretary and other Appellants filed a time-sensitive motion to stay in this Court. Due to the time-sensitive nature of the motion, and because only one appellate docket was open for filing on April 11, the motion was only filed in the *Harriet Tubman Freedom Fighters* docket. As indicated in the motion, however, the Secretary and the other Appellants intended the motion to apply to the other three cases. The Secretary and other Appellants did not want to risk filing the same motion in different dockets on different days and obtain different deadlines.

Under Federal Rule of Appellate Procedure 27 and Local Rule 27-1(c), the Secretary may move to consolidate the four cases; if the motion is unopposed, the clerk may "act for the court."

Consolidation is warranted. The Secretary has reached out to the attorneys in the four cases about their positions on consolidation. To date, the state-level defendants and defendant-intervenors have consented to consolidation.[1] The *Florida Rising Together* Plaintiffs, the *Florida State Conference of Branches and Youth Units of the NAACP* Plaintiffs, the *League of Women Voters* Plaintiffs, and the *Harriet Tubman Freedom Fighters* Plaintiffs do not oppose consolidation.

Moreover, the four cases stem from the same election-reform bill, involve similar constitutional and statutory arguments, involve the same defendants, and concern the same omnibus order following trial. Consolidation would unquestionably be efficient and in the interest of judicial economy—especially considering the pending time-sensitive motion to stay before this Court.

The Secretary thus seeks consolidation of *Florida Rising Together*, 22-11145; *Florida State Conference of Branches and Youth Units of the NAACP*, 22-11144; *League of Women Voters*, 22-11143; and *Harriet Tubman Freedom Fighters*, 22-11133.

---

[1] While only nominal defendants below, as a courtesy, the Secretary also conferred with the state supervisors of elections. To date, 58 supervisors do not oppose consolidation.

 /s/ Mohammad O. Jazil
Mohammad O. Jazil
Gary V. Perko
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690 / (540) 341-8809 (fax)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com

Phillip M. Gordon
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808 / (540) 341-8809 (fax)
pgordon@holtzmanvogel.com

Bradley R. McVay
  *General Counsel*
Ashley E. Davis
  *Deputy General Counsel*
Colleen E. O'Brien
  *Assistant General Counsel*
William Chappel
  *Assistant General Counsel*
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 / (850) 245-6127 (fax)
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com
colleen.obrien@dos.myflorida.com
David.chappell@dos.myflorida.com

*Counsel for Secretary Lee*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2)(A) because it contains 440 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: April 15, 2022            _/s/ Mohammad O. Jazil_

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF. I also served via e-mail a copy of this motion on all counsel of record identified in the service list that follows.

Dated: April 15, 2022            _/s/ Mohammad O. Jazil_

**E-MAIL SERVICE LIST**

TYLER R. GREEN
CONSOVOY MCCARTHY PLLC
1600 WILSON BOULEVARD, SUITE 700
ARLINGTON, VA 2209
703-243-9423
tyler@consovoymccarthy.com

CAMERON T. NORRIS
CONSOVOY MCCARTHY PLLC
1600 WILSON BOULEVARD, SUITE 700
ARLINGTON, VA 2209
703-243-9423
cam@consovoymccarthy.com

DANIEL SHAPIRO
CONSOVOY MCCARTHY PLLC
1600 WILSON BOULEVARD, SUITE 700
ARLINGTON, VA 2209
703-243-9423
daniel@consovoymccarthy.com

BENJAMIN J. GIBSON
SHUTTS & BOWEN LLP
215 SOUTH MONROE STREET, SUITE 804
TALLAHASSEE, FLORIDA 32301
850-241-1717
bgibson@shutts.com

DANIEL E. NORDBY
SHUTTS & BOWEN LLP
215 SOUTH MONROE STREET, SUITE 804
TALLAHASSEE, FLORIDA 32301
850-241-1717
dnordby@shutts.com

GEORGE N. MEROS, JR.
SHUTTS & BOWEN LLP
215 SOUTH MONROE STREET, SUITE 804
TALLAHASSEE, FLORIDA 32301

850-241-1717
gmeros@shutts.com

FRANK A. ZACHERL
SHUTTS & BOWEN LLP
215 SOUTH MONROE STREET, SUITE 804
TALLAHASSEE, FLORIDA 32301
850-241-1717
fzacherl@shutts.com

AMBER STONER NUNNALLY
SHUTTS & BOWEN LLP
215 SOUTH MONROE STREET, SUITE 804
TALLAHASSEE, FLORIDA 32301
850-241-1717
anunnally@shutts.com

TARA R. PRICE
SHUTTS & BOWEN LLP
215 SOUTH MONROE STREET, SUITE 804
TALLAHASSEE, FLORIDA 32301
850-241-1717
tprice@shutts.com

ANDY BARDOS
GrayRobinson, P.A.
301 SOUTH BRONOUGH STREET, SUITE 600
TALLAHASSEE, FLORIDA 32301
850-577-9090
andy.bardos@gray-robinson.com

HENRY C. WHITAKER
  *SOLICITOR GENERAL*
Florida Attorney General Office
PL-01 THE CAPITOL
TALLAHASSEE, FLORIDA 32399
850-414-3300
henry.whitaker@myfloridalegal.com

DANIEL W. BELL
  *CHIEF DEPUTY SOLICITOR GENERAL*

Florida Attorney General Office
PL-01 THE CAPITOL
TALLAHASSEE, FLORIDA 32399
850-414-3300
daniel.bell@myfloridalegal.com

BILAL AHMED FARUQUI
  *SENIOR ASSISTANT ATTORNEY GENERAL*
Florida Attorney General Office
PL-01 THE CAPITOL
TALLAHASSEE, FLORIDA 32399
850-414-3300
bilal.faruqui@myfloridalegal.com

KAREN ANN BRODEEN
  *SPECIAL COUNSEL*
Florida Attorney General Office
PL-01 THE CAPITOL
TALLAHASSEE, FLORIDA 32399
850-414-3300
karen.brodeen@myfloridalegal.com

WILLIAM EDWARD CHORBA
  *SENIOR ASSISTANT ATTORNEY GENERAL*
Florida Attorney General Office
PL-01 THE CAPITOL
TALLAHASSEE, FLORIDA 32399
850-414-3300
william.chorba@myfloridalegal.com

WILLIAM HENRY STAFFORD, III
  *SENIOR ASSISTANT ATTORNEY GENERAL*
Florida Attorney General Office
PL-01 THE CAPITOL
TALLAHASSEE, FLORIDA 32399
850-414-3300
william.stafford@myfloridalegal.com

ARIA CHRISTINE BRANCH
ELIAS LAW GROUP
10 G STREET NE SUITE 600

WASHINGTON, DC 20002
202−968−4518
Email: abranch@elias.law

DAVID ROBERT FOX
ELIAS LAW GROUP
10 G STREET NE SUITE 600
WASHINGTON, DC 20002
202−968−4510
Email: dfox@elias.law

ELISABETH C FROST
ELIAS LAW GROUP
10 G STREET NE SUITE 600
WASHINGTON, DC 20002
202−968−4513
Email: efrost@elias.law

FRANCESCA ASHLEY
GIBSON ELIAS LAW GROUP
10 G STREET NE SUITE 600
WASHINGTON, DC 20002
202−968−4553
Email: fgibson@elias.law

LALITHA D MADDURI
ELIAS LAW GROUP
10 G STREET NE SUITE 600
WASHINGTON, DC 20002
202−968−4593
Email: lmadduri@elias.law

CHRISTINA A FORD
ELIAS LAW GROUP
10 G STREET NE SUITE 600
WASHINGTON, DC 20002
202−968−4558
Email: cford@elias.law

DANIELLE E SIVALINGAM
PERKINS COIE LLP

1888 CENTURY PARK EAST SUITE 1700
LOS ANGELES, CA 90067
310−788−3200
Fax: 310−843−1269
Email: dsivalingam@perkinscoie.com

MARC E ELIAS
ELIAS LAW GROUP
10 G STREET NE SUITE 600
WASHINGTON, DC 20002
202−968−4510
Email: melias@elias.law

THOMAS ALAN
ZEHNDER KING BLACKWELL ZEHNDER & WERMUTH PA
25 E PINE STREET
ORLANDO, FL 32801
407−422−2472
Email: tzehnder@kbzwlaw.com

FREDERICK STANTON WERMUTH
KING BLACKWELL ZEHNDER ETC PA
25 E PINE ST
ORLANDO, FL 32801
407−422−2472
Fax: 407−648−0161
Email: fwermuth@kbzwlaw.com


AARON STIEFEL
ARNOLD & PORTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019
212−836−8000
Email: aaron.stiefel@arnoldporter.com

BRENDA WRIGHT
DEMOS – NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004

646−948−1621
Email: bwright@demos.org

ELISABETH SUSAN THEODORE
ARNOLD & PORTER LLP
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202−942−5545
Fax: 202−942−5000
Email: elisabeth.theodore@arnoldporter.com

EMILY MIRANDA GALINDO
LATINO JUSTICE PRLDEF
3813 HORATIO STREET APT B
TAMPA, FL 33609
917−209−7834
Email: mgalindo@latinojustice.org

JANINE MARIE LOPEZ
ARNOLD & PORTER LLP
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202−942−5545
Fax: 202−942−5000
Email: janine.lopez@arnoldporter.com

JEFFREY ANDREW MILLER
ARNOLD & PORTER LLP
3000 EL CAMINO REAL FIVE
PALO ALTO SQUARE SUITE 500
PALO ALTO, CA 94306−3807
650−319−4538
Email: jeffrey.miller@arnoldporter.com

JEREMY KARPATKIN
ARNOLD & PORTER LLP
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202−942−5545
Fax: 202−942−5000
Email: jeremy.karpatkin@arnoldporter.com

JOHN A FREEDMAN
ARNOLD & PORTER LLP
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202−942−5545
Fax: 202−942−5000
Email: john.freedman@arnoldporter.com

KIRA ROMERO−CRAFT
DEMOS
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
212−389−1415
Email: kromero@latinojustice.org

AMIA TRIGG
NAACP LEGAL DEFENSE & EDUCATION FUND INC
700 14TH STREET NW SUITE 600
WASHINGTON, DC 20005
202−682−1300
Email: atrigg@naacpldf.org

BENJAMIN LOUIS BAER CAVATARO
COVINGTON & BURLING LLP
ONE CITY CENTER 850 TENTH ST NW
WASHINGTON, DC 20001
202−662−5018
Email: bcavataro@cov.com

ELIZABETH T FOUHEY
COVINGTON & BURLING LLP
ONE CITY CENTER 850 TENTH ST NW
WASHINGTON, DC 20001
202−662−5607
Email: efouhey@cov.com

MICHELLE E KANTER COHEN
FAIR ELECTIONS CENTER
1825 K STREET NW SUITE 450
WASHINGTON, DC 20006

202−248−5347
Email: mkantercohen@fairelectionscenter.org

NANCY GBANA ABUDU
SOUTHERN POVERTY LAW CENTER
400 WASHINGTON AVE
MONTGOMERY, AL 36104
404−521−6700
Email: nancy.abudu@splcenter.org

DIANA MASTERS JOHNSON
ALACHUA COUNTY ATTORNEYS OFFICE
12 SE 1ST STREET
GAINESVILLE, FL 32601
352−374−5218
Fax: 352−374−5216
Email: dmjohnson@alachuacounty.us

ROBERT CHARLES SWAIN
ALACHUA COUNTY ATTORNEY'S OFFICE
12 SE FIRST ST PO BOX 2877
GAINESVILLE, FL 32602
352−374−5218
Email: bswain@alachuacounty.us

EDWARD PAUL CUFFE
MARKS GRAY PA
1200 RIVERPLACE BLVD STE 800
JACKSONVILLE, FL 32207
904−807−2110
Email: pcuffe@marksgray.com

SUSAN SMITH ERDELYI
MARKS GRAY PA
1200 RIVERPLACE BLVD STE 800
JACKSONVILLE, FL 32207
904−398−0900
Fax: 904−399−8440
Email: sse@marksgray.com

FRANK MICHAEL MARI

ROPER PA
2707 E JEFFERSON STREET
ORLANDO, FL 32803
407−897−5150
Email: fmari@roperpa.com

JOHN M JANOUSEK
ROPER PA
2707 E JEFFERSON STREET
ORLANDO, FL 32803
407−897−5150
Email: jjanousek@roperpa.com

BENJAMIN SALZILLO
BROWARD COUNTY ATTORNEYS OFFICE
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301
561−245−0360
Email: bsalzillo@broward.org

BRENDALYN EDWARDS
BROWARD COUNTY ATTORNEY'S OFFICE
115 S ANDREWS AVENUE SUITE 423
FORT LAUDERDALE, FL 33301
954−357−7600
Fax: 954−357−7641
Email: brendalynedwards@gmail.com

JOSEPH K JARONE
BROWARD COUNTY ATTORNEY
115 S ANDREWS AVENUE RM 423
FORT LAUDERDALE, FL 33301
954−357−7600
Fax: 954−347−7641
Email: jkjarone@broward.org

NATHANIEL ADAM KLITSBERG
BROWARD COUNTY ATTORNEYS OFFICE
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301
954−357−7600

Fax: 954−357−7641
Email: nklitsberg@broward.org

DALE A SCOTT
ROPER PA
2707 E JEFFERSON STREET
ORLANDO, FL 32803
407−897−5150
Fax: 407−897−3332
Email: dscott@bellroperlaw.com

JOHN T LAVIA , III
GARDNER BIST BOWDEN ET
1300 THOMASWOOD DR
TALLAHASSEE, FL 32308
850−385−0070
Fax: 850−385−5416
Email: jlavia@gbwlegal.com

RONALD A LABASKY
BREWTON PLANTE PA
215 S MONROE STREET SUITE 825
TALLAHASSEE, FL 32301
850−222−7718
Fax: 850−222−8222
Email: rlabasky@bplawfirm.net

CRAIG DENNIS FEISER
OFFICE OF GENERAL COUNSEL
117 W DUVAL STREET
SUITE 480
JACKSONVILLE, FL 32202
904−255−5052
Fax: 904−255−5120
Email: cfeiser@coj.net

MARY MARGARET GIANNINI
CITY OF JACKSONVILLE OFFICE OF GENERAL COUNSEL
117 W DUVAL STREET SUITE 480
JACKSONVILLE, FL 32202
904−255−5079

Email: mgiannini@coj.net

MATTHEW REED SHAUD
ESCAMBIA COUNTY ATTORNEYS OFFICE
221 PALAFOX PLACE
SUITE 430
PENSACOLA, FL 32502
850−595−4970
Email: mrshaud@myescambia.com

GERALDO FRANCIS OLIVO, III
HENDERSON FRANKLIN STARNES ETC
1715 MONROE ST [33901]
PO BOX 280
FORT MYERS, FL 33902
239−344−1168
Email: jerry.olivo@henlaw.com

ROBERT C SHEARMAN
HENDERSON FRANKLIN STARNES ETC
1715 MONROE ST [33901]
PO BOX 280
FORT MYERS, FL 33902
239−344−1346
Email: robert.shearman@henlaw.com

JON A JOUBEN
HERNANDO COUNTY
20 N MAIN STREET SUITE 462
BROOKESVILLE, FL 34601−2850
351−754−4122
Fax: 352−754−4001
Email: jjouben@co.hernando.fl.us

KYLE J BENDA
HERNANDO COUNTY ATTORNEYS OFFICE
20 N MAIN ST STE 462
BROOKSVILLE, FL 34601−2850
352−754−4122
Email: kbenda@co.hernando.fl.us

STEPHEN MARK TODD
OFFICE OF THE COUNTY ATTORNEY HILLSBOROUGH COUNTY
601 E KENNEDY BLVD
27TH FLOOR TAMPA, FL 33602
813−272−5670
Fax: 813−272−5758
Email: todds@hillsboroughcounty.org

MARK HERRON
MESSER CAPARELLO & SELF PA
2618 CENTENNIAL PL
TALLAHASSEE, FL 32308
850−222−0720
Fax: 850−224−4359
Email: mherron@lawfla.com

PATRICK SCOTT O'BRYANT
MESSER CAPARELLO & SELF PA
2618 CENTENNIAL PL
TALLAHASSEE, FL 32308
850−553−3469
Email: pobryant@lawfla.com

SUMMER DENAY BROWN
MESSER CAPARELLO & SELF PA
2618 CENTENNIAL PL
TALLAHASSEE, FL 32308
850−425−5209
Fax: 850−558−0657
Email: dbrown@lawfla.com

MICHAEL BENY VALDES
MIAMI−DADE COUNTY ATTORNEYS OFFICE
111 NW FIRST STREET SUITE 2810
MIAMI, FL 33128
305−375−5620
Fax: 305−375−5634
Email: michael.valdes@miamidade.gov

OREN ROSENTHAL
MIAMI−DADE COUNTY ATTORNEYS OFFICE

111 NW FIRST STREET SUITE 2810
MIAMI, FL 33128
305−375−2828
Fax: 305−375−5634
Email: orosent@miamidade.gov

ELIZABETH DESLOGE ELLIS
NABORS GIBLIN & NICKERSON PA
1500 MAHAN DR STE 200
TALLAHASSEE, FL 32308
850−224−4070
Email: eellis@ngnlaw.com

GREGORY THOMAS STEWART
NABORS GIBLIN & NICKERSON PA
1500 MAHAN DR STE 200
TALLAHASSEE, FL 32308
850−224−4070
Fax: 850−224−4073
Email: gstewart@ngn−tally.com

KIRSTEN H MOOD
NABORS GIBLIN & NICKERSON PA
1500 MAHAN DR STE 200
TALLAHASSEE, FL 32308
850−224−4070
Email: kmood@ngnlaw.com

NICHOLAS ARI SHANNIN
SHANNIN LAW FIRM PA
214 EAST LUCERNE CIRCLE SUITE 200
ORLANDO, FL 32801
407−985−2222
Email: nshannin@shanninlaw.com

ASHLEY DOLAN HOULIHAN
PALM BEACH COUNTY SUPERVISOR OF ELECTIONS
240 S MILITARY TRAIL
WEST PALM BEACH, FL 33416
321−412−5384
Email: ashleyhoulihan@pbcelections.org

JARED DOUGLAS KAHN
PINELLAS COUNTY ATTORNEYS OFFICE
315 COURT STREET
6TH FLOOR CLEARWATER, FL 33756
813−786−4034
Email: jkahn@co.pinellas.fl.us

KELLY LYNN VICARI
PINELLAS COUNTY ATTORNEYS OFFICE
315 COURT STREET
6TH FLOOR CLEARWATER, FL 33756
727−464−3354
Email: kvicari@pinellascounty.org

MORGAN RAY BENTLEY
BENTLEY & BRUNING PA
783 SOUTH ORANGE AVENUE SUITE 300
SARASOTA, FL 34236
941−556−9030
Email: mbentley@bentleyandbruning.com

LONDON LEE OTT
VOLUSIA COUNTY ATTORNEY
123 W INDIANA AVENUE
3RD FLOOR LEGAL DELAND, FL 32720
386−736−5950
Fax: 386−736−5990
Email: lott@volusia.org

WILLIAM KEVIN BLEDSOE
COUNTY OF VOLUSIA
123 WEST INDIANA AVENUE ROOM 301
DELAND, FL 32720
386−736−5950
Fax: 386−736−5990
Email: kbledsoe@volusia.org