No. 22-11143 (Related with Nos. 22-11133, 44, 45)

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

LEAGUE OF WOMEN VOTERS, INC., ET AL
*Plaintiffs-Appellees*,

v.

LAUREL M. LEE, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF FLORIDA, ET AL
*Defendants-Appellants*,

NATIONAL REPUBLICAN SENATORIAL COMMITTEE AND REPUBLICAN NATIONAL COMMITTEE,
*Intervenor-Defendants–Appellants*.

On Appeal from the United States District Court
for the Northern District of Florida, Nos. 4:21-CV-186 MW-MAF Consolidated for Trial With: 4:21-CV-187 MW-MAF, 4:21-CV-201 MW-MAF, and 4:21-CV-242 MW-MAF (Walker, C.J.)

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

Tyler R. Green
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Lead Counsel for RNC & NRSC*

No. 22-11143 (Related with Nos. 22-11133, 44, 45)
*League of Women Voters, Inc., et al v. Lee*

Pursuant to 11th Circuit Rules 26.1-1(a)(2) and 26.1-1(a)(3), Intervenors-Defendant-Appellants, Republican National Committee & National Republican Senatorial Committee, state that the Certificate of Interested Persons filed by the Florida Secretary of State on April 13, 2022, is correct and complete, except for the following additions and corrections:

1. Abudu, Nancy, Attorney for Plaintiffs-Appellees (spelling error)
2. Beato, Michael, Attorney for Defendant-Appellant
3. Fajana, Morenike, Attorney for Plaintiffs-Appellees
4. Fram, Robert, Attorney for Plaintiffs-Appellees (listed as Daniel Fram)
5. Grimm, Dillon, Attorney for Plainitffs-Appellees
6. Healy, Karen, Highlands County Supervisor of Elections
7. McNeill, Justin, Jefferson County Supervisor of Elections
8. Shapiro, Peter, Attorney for Plaintiffs-Appellee
9. Vigil, Angela, Attorney for Plaintiffs-Appellee

The following parties listed on the Florida Secretary of States Certificate of Interested persons can be dropped:

1. Bailey, Leslie (no longer at Arnold & Porter Kaye Scholer)
2. Bellamy, Emma (no longer counsel for Plaintiff-Appellees)

C-1 of 3

3. Faith in Florida (dismissed on October 29, 2021 and no longer party to the action)

4. Reed, Mahogane (no longer at NAACP Legal Defense & Educational Fund, Inc.)

5. Saunders, Morgan (no longer at Covington & Burling LLP)

6. Short, Caren (no longer at Southern Poverty Law Center)

7. Williamson, Virginia (no longer at Covington & Burling LLP)

The Republican National Committee and National Republican Senatorial Committee have no parent corporation, and no corporation owns 10% or more of their stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal. Pursuant to Circuit Rule 26.1-2(c), Appellants certify that this CIP is complete.

Dated: April 25, 2022                   Respectfully Submitted,

/s/Tyler R. Green
Tyler R. Green
Cameron T. Norris
Daniel Shapiro
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
daniel@consovoymccarthy.com

No. 22-11143 (Related with Nos. 22-11133, 44, 45)
*League of Women Voters, Inc., et al v. Lee*

>Benjamin J. Gibson
>Daniel E. Nordby
>George N. Meros Jr.
>Frank A. Zacherl
>Amber Stoner Nunnally
>Tara R. Price
>SHUTTS & BOWEN LLP
>215 South Monroe Street, Suite 804
>Tallahassee, Florida 32301
>(850) 241-1717
>bgibson@shutts.com
>dnordby@shutts.com
>gmeros@shutts.com
>fzacherl@shutts.com
>anunnally@shutts.com
>tprice@shutts.com

*Counsel for Republican National Committee & National Republican Senatorial Committee*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing certificate was filed and served on counsel of record through the court via ECF.

Dated: April 25, 2022                                   /s/Tyler R. Green