Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 22-11143 (Consolidated with Nos. 22-11133, 44, 45)

**Caption:**
League of Women Voters, Inc., et al v. Laurel M. Lee, in her official capacity as Secretary of State of Florida, et al

District and Division: Northern District of Florida
Name of Judge: Chief Judge Mark E. Walker
Nature of Suit: Civil Rights: Voting
Date Complaint Filed: May 6, 2021
District Court Docket Number: 4:21-CV-186-MW-MAF
Date Notice of Appeal Filed: April 7, 2022
☐ Cross Appeal   ☐ Class Action
Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | Counsel for Intervenor-Defendants-Appellants:<br>Shutts & Bowen LLP<br>Benjamin Gibson<br>George Meros<br>Daniel Nordby<br>Amber Nunnally<br>Tara R. Price<br>Frank Zacherl<br><br>Consovoy McCarthy PLLC<br>Tyler R. Green<br>Cameron T. Norris<br>Daniel Shapiro | Shutts & Bowen LLP<br>215 South Monroe Street<br>Suite 804<br>Tallahassee, FL 32301<br><br>Consovoy McCarthy PLLC<br>1600 Wilson Boulevard Suite 700<br>Arlington, VA 22209 | Shutts & Bowen LLP<br>850-241-1717<br>850-241-1716<br>bgibson@shutts.com<br>gmeros@shutts.com<br>dnordby@shutts.com<br>anunnally@shutts.com<br>tprice@shutts.com<br>fzacherl@shutts.com<br><br>Consovoy McCarthy PLLC<br>703-243-9423<br>tyler@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>daniel@consovoymccarthy.com |
| **For Appellee:**<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Please see the attached sheet for a listing of counsel. | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☑ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ N/A<br>Amount Sought by Defendant:<br>$ N/A<br>Awarded:<br>$ N/A<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☑ Granted<br>☑ Permanent   ☐ Denied |

Page 2             11th Circuit Docket Number: _22-11143 (Related with Nos. 22-11133, 44, 45)_

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
What is the issue you claim is one of First Impression? _The District Court's application of Section 3(c) preclearance remedy under the Voting Rights Act._

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

If Yes, provide
(a) Case Name/Statute _s. 97.0575(3)(a), Fla. Stat.; s. 101.69(2)-(3), Fla. Stat.; s. 102.031(4)(a)-(b), Fla. Stat._
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑ Yes  ☐ No

If Yes, provide
(a) Case Name _Florida State Conference of Branches and Youth Units of the NAACP v. Laurel M. Lee (22-11144)_
(b) Citation _Harriett Tubman Freedom Fighters Corp., et al v. Laurel M. Lee (22-11133); Florida Rising Together, et al v. Laurel M. Lee (22-11145)_
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
(b) Among circuits?  ☐ Yes  ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Appealing from District Court's finding of unconstitutionality of Florida Senate Bill 90 (2021), including challenging the District Court's finding of violations of the First, Fourteenth, Fifteenth Amendments and section 2 of the Voting Rights Act, and the District Court's use of the preclearance remedy under 52 U.S.C. s. 10303(c) against the entire State of Florida with regard to statutes involving certain issues of election law.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _26th_ DAY OF _April_, _2022_.

Tyler R. Green             /s/ Tyler R. Green
NAME OF COUNSEL (Print)             SIGNATURE OF COUNSEL

# Attachment A

**Defendants (Secretary of State Laurel Lee)**

DALLIN B HOLT
HOLTZMAN VOGEL BARAN ET AL - HAYMARKET VA
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169
540-341-8808
Email: dholt@hvjt.law

JOHN J CYCON
HOLTZMAN VOGEL BARAN ET AL - HAYMARKET VA
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169
212-701-3402
Email: jcycon@holtzmanvogel.com

KENNETH CLARK DAINES
HOLTZMAN VOGEL BARAN ET AL - HAYMARKET VA
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169
540-341-8808
Email: kdaines@holtzmanvogel.com

ASHLEY E DAVIS
FLORIDA DEPARTMENT OF STATE
RA GRAY BUILDING
500 SOUTH BRONOUGH STREET
SUITE 100
TALLAHASSEE, FL 32399
850-245-6531
Email: ashley.davis@dos.myflorida.com

BRADLEY ROBERT MCVAY
FLORIDA DEPARTMENT OF STATE
OFFICE OF GENERAL COUNSEL
500 S BRONOUGH STREET
TALLAHASSEE, FL 32399
352-219-5195
Email: brad.mcvay@dos.myflorida.com

COLLEEN E O'BRIEN
FLORIDA DEPARTMENT OF STATE
500 S BRONOUGH STREET
SUITE 100
TALLAHASSEE, FL 32399
850-245-6519
Email: colleen.obrien@dos.myflorida.com

GARY VERGIL PERKO
HOLTZMAN VOGEL BARAN ET AL - TALLAHASSEE FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850-391-0502
Email: gperko@HoltzmanVogel.com

MOHAMMAD OMAR JAZIL
HOLTZMAN VOGEL BARAN ET AL - TALLAHASSEE FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850-391-0503
Email: mjazil@holtzmanvogel.com

PHILLIP MICHAEL GORDON
HOLTZMAN VOGEL BARAN ET AL - HAYMARKET VA
15405 JOHN MARSHALL HWY
HAYMARKET, VA 20169
540-341-8808
Email: pgordon@holtzmanvogel.com

WILLIAM DAVID CHAPPELL
OFFICE OF THE ATTORNEY GENERAL
CAPITAL COLLATERAL APPEALS
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399
850-414-3567
Email: david.chappell@dos.myflorida.com

**Defendants (Supervisor Hays and Supervisor Doyle)**

ANDY V BARDOS
GRAYROBINSON PA - TALLAHASSEE FL
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301
850-577-9090
Fax: 850-577-3311
Email: andy.bardos@gray-robinson.com

**Defendant (Attorney General Ashley Moody)**

HENRY C. WHITAKER
FL OFFICE OF THE ATTORNEY GENERAL
PL-01, THE CAPITOL
850-414-2672
Tallahassee, FL 32399
Email: henry.whitaker@myfloridalegal.com


BILAL AHMED FARUQUI
OFFICE OF THE ATTORNEY GENERAL
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050
850-414-3757
Email: Bilal.Faruqui@myfloridalegal.com


WILLIAM DAVID CHAPPELL
OFFICE OF THE ATTORNEY GENERAL
CAPITAL COLLATERAL APPEALS
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399
850-414-3567
Email: david.chappell@dos.myflorida.com

WILLIAM HENRY STAFFORD , III
ATTORNEY GENERAL - PL-01 - TALLAHASSEE FL
STATE OF FLORIDA
PL 01 THE CAPITOL
400 S MONROE ST
TALLAHASSEE, FL 32399
850/414-3785
Fax: 850/413-7555
Email: william.stafford@myfloridalegal.com

KAREN ANN BRODEEN
OFFICE OF THE ATTORNEY GENERAL - TALLAHASSEE FL
THE CAPITOL STE PL-01
400 S MONROE ST
TALLAHASSEE, FL 32399
850-414-3665
Fax: 850-488-4872
Email: karen.brodeen@myfloridalegal.com

RACHEL ROSE SIEGEL
FLORIDA ATTORNEY GENERAL OFFICE
SOLICITOR GENERAL
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399
201-926-9228
Email: rachel.siegel@myfloridalegal.com

WILLIAM EDWARD CHORBA
FLORIDA OFFICE OF THE ATTORNEY GENERAL
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399
850-414-3664
Email: william.chorba@myfloridalegal.com

**Defendant-Intervenors (Republican National Committee and National Republican Senatorial Committee)**

BENJAMIN J GIBSON
SHUTTS & BOWEN LLP - TALLAHASSEE FL
215 S MONROE ST - STE 804
TALLAHASSEE, FL 32301
850-241-1720
Fax: 850-241-1718
Email: bgibson@shutts.com

CAMERON THOMAS NORRIS
CONSOVOY MCCARTHY PLLC - ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
703-243-9423
Email: cam@consovoymccarthy.com

GEORGE N MEROS , JR
SHUTTS & BOWEN LLP - TALLAHASSEE FL
215 S MONROE ST - STE 804
TALLAHASSEE, FL 32301
850-241-1717
Fax: 850-241-1716
Email: gmeros@shutts.com

STEVEN CHRISTOPHER BEGAKIS
CONSOVOY MCCARTHY PLLC - ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
703-243-9423
Email: steven@consovoymccarthy.com

TYLER R GREEN
CONSOVOY MCCARTHY PLLC - SALT LAKE CITY UT
222 S MAIN STREET
5TH FLOOR
SALT LAKE CITY, UT 84101
703-243-9423
Email: tyler@consovoymccarthy.com

AMBER STONER NUNNALLY
SHUTTS & BOWEN LLP - TALLAHASSEE FL
215 S MONROE ST - STE 804
TALLAHASSEE, FL 32301
850-241-1717
Email: anunnally@shutts.com

DANIEL ELDEN NORDBY
SHUTTS & BOWEN LLP - TALLAHASSEE FL
215 S MONROE ST - STE 804
TALLAHASSEE, FL 32301
850-241-1720
Email: dnordby@shutts.com

DANIEL JOSEPH SHAPIRO
CONSOVOY MCCARTHY PLLC - ARLINGTON VA
1600 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22209
727-504-8994
Email: daniel@consovoymccarthy.com

FRANK A ZACHERL
SHUTTS & BOWEN LLP - MIAMI FL
200 S BISCAYNE BLVD
SUITE 4100
MIAMI, FL 33131
Email: FZacherl@shutts.com

TARA R PRICE
SHUTTS & BOWEN LLP - TALLAHASSEE FL
215 S MONROE ST - STE 804
TALLAHASSEE, FL 32301
850-241-1734
Email: tprice@shutts.com

**Plaintiffs**

MARC E. ELIAS
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, DC 20002
202-968-4498
Email: melias@elias.com

ARIA CHRISTINE BRANCH
ELIAS LAW GROUP - WASHINGTON DC
10 G STREET NE
SUITE 600
WASHINGTON, DC 20002
202-968-4518
Email: abranch@elias.law

DAVID ROBERT FOX
ELIAS LAW GROUP - WASHINGTON DC
10 G STREET NE
SUITE 600
WASHINGTON, DC 20002
202-968-4510
Email: dfox@elias.law

ELISABETH C FROST
ELIAS LAW GROUP - WASHINGTON DC
10 G STREET NE
SUITE 600
WASHINGTON, DC 20002
202-968-4513
Email: efrost@elias.law

7

FRANCESCA ASHLEY GIBSON
ELIAS LAW GROUP - WASHINGTON DC
10 G STREET NE
SUITE 600
WASHINGTON, DC 20002
202-968-4553
Email: fgibson@elias.law

LALITHA D MADDURI
ELIAS LAW GROUP - WASHINGTON DC
10 G STREET NE
SUITE 600
WASHINGTON, DC 20002
202-968-4593
Email: lmadduri@elias.law

CHRISTINA A FORD
ELIAS LAW GROUP - WASHINGTON DC
10 G STREET NE
SUITE 600
WASHINGTON, DC 20002
202-968-4558
Email: cford@elias.law


DANIELLE E SIVALINGAM
PERKINS COIE LLP - LOS ANGELES CA
1888 CENTURY PARK EAST
SUITE 1700
LOS ANGELES, CA 90067
310-788-3200
Fax: 310-843-1269
Email: dsivalingam@perkinscoie.com

THOMAS ALAN ZEHNDER
KING BLACKWELL ZEHNDER & WERMUTH PA - ORLANDO FL
25 E PINE STREET
ORLANDO, FL 32801
407-422-2472
Email: tzehnder@kbzwlaw.com

FREDERICK STANTON WERMUTH
KING BLACKWELL ZEHNDER ETC PA - ORLANDO FL
25 E PINE ST
ORLANDO, FL 32801
407-422-2472
Fax: 407-648-0161
Email: fwermuth@kbzwlaw.com

AMIA TRIGG
NAACP LEGAL DEFENSE & EDUCATION FUND INC
700 14TH STREET NW
SUITE 600
WASHINGTON, DC 20005
202-682-1300
Email: atrigg@naacpldf.org

MORENIKE FAJANA
NAACP LEGAL DEFENSE & EDUCATION FUND INC
40 Rector Street, 5th Floor
New York, NY 10006
212-226-7592
Email: mfajana@naacpldf.org

BENJAMIN LOUIS BAER CAVATARO
COVINGTON & BURLING LLP - WASHINGTON DC
ONE CITY CENTER
850 TENTH ST NW
WASHINGTON, DC 20001
202-662-5018
Email: bcavataro@cov.com

9

ELIZABETH T FOUHEY
COVINGTON & BURLING LLP - WASHINGTON DC
ONE CITY CENTER
850 TENTH ST NW
WASHINGTON, DC 20001
202-662-5607
Email: efouhey@cov.com

MICHELLE E KANTER COHEN
FAIR ELECTIONS CENTER
1825 K STREET NW
SUITE 450
WASHINGTON, DC 20006
202-248-5347
Email: mkantercohen@fairelectionscenter.org

NANCY GBANA ABUDU
SOUTHERN POVERTY LAW CENTER - MONTGOMERY AL
400 WASHINGTON AVE
MONTGOMERY, AL 36104
404-521-6700
Email: nancy.abudu@splcenter.org