No. 22-11133
(Consolidated Case Nos. 22-11143 (Lead), 22-11144, 22-1145)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**HARRIET TUBMAN FREEDOM FIGHTERS, CORP.,**

*Plaintiff-Appellee,*

v.

**LAUREL LEE, in her official capacity as Secretary of State of Florida, et al.,**

*Defendants-Appellants.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. Appellee states that it has no parent corporations, nor has it issued shares or debt securities to the public. The organization is not a subsidiary or affiliate of any publicly owned corporation, and no publicly held corporation holds ten percent of its stock.

2. I hereby certify that the disclosure of interested parties submitted by Defendants-Appellants on April 13, 2022 is complete and correct except for the following corrected interested persons or entities:

   a. Emma Bellamy was withdrawn as Plaintiff's counsel and was terminated as counsel by the District Court in this action. She is no longer counsel for Plaintiff-Appellee Harriet Tubman Freedom Fighters.

   b. Caren Short is no longer counsel at Southern Poverty Law Center and her motion before the district court to withdraw as counsel for Plaintiff was granted. She is no longer serving as counsel for Plaintiff-Appellee Harriet Tubman Freedom Fighters.

   c. Bradley Heard of the Southern Poverty Law Center is counsel for Plaintiff-Appellee Harriet Tubman Freedom Fighters.

   d. Morenike Fajana is counsel for several Plaintiffs-Appellees. It appears Ms. Fajana's name was listed incorrectly on Appellants' Certificate of Interested Persons.

   e. On April 21, 2022, Michael Beato entered an appearance as counsel for Defendant-Appellant Secretary Laurel M. Lee.

DATED: May 9, 2022         Respectfully submitted,

/s/ *Michelle E. Kanter Cohen*
Michelle Kanter Cohen
D.C. Bar No. 989164
Massachusetts Bar No. 672792 (inactive)
Cecilia Aguilera
D.C. Bar No. 1617884
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 450
Washington, DC 20006
*mkantercohen@fairelectionscenter.org*
*caguilera@fairelectionscenter.org*
Phone: (202) 331-0114


Bradley E. Heard
Ga. Bar No. 342209
Jack Genberg
Ga. Bar No. 144076
SOUTHERN POVERTY LAW CENTER
150 E Ponce de Leon Ave.
Suite 340
Decatur, GA 30030
Main: (404) 521-6700
Fax: (404) 221-5857
*bradley.heard@splcenter.org*
*jack.genberg@splcenter.org*

Angela C. Vigil
BAKER & MCKENZIE LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
(305) 789-8904
*angela.vigil@bakermckenzie.com*


*Attorneys for Plaintiff-Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, a true and correct copy of the foregoing document was served upon counsel for Defendants-Appellants by filing it in this Court's CM/ECF system.


May 9, 2022                              /s/ *Michelle E. Kanter Cohen*
                                         Michelle E. Kanter Cohen

                                         *Attorney for Plaintiff-Appellee*