No. 22-11143 (Consolidated with Nos. 22-11133, 22-11144, 22-11145)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., *et al.*,
*Plaintiffs-Appellees*,

v.

FLORIDA SECRETARY OF STATE, *et al.*,
*Defendants-Appellants*.

## *FLORIDA NAACP* APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

P. Benjamin Duke
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1270

Benjamin L. Cavataro
Michael A. Fletcher II
Dillon H. Grimm
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-6000

Ellen Y. Choi
COVINGTON & BURLING LLP
415 Mission Street
San Francisco, CA 94105
Telephone: 415-591-7025

Morenike Fajana
Romane Paul
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: 212-965-2200

Amia Trigg
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005
Telephone: 202-682-1300

*Counsel for Florida NAACP Plaintiffs-Appellees*

Dated: May 10, 2022

Pursuant to 11th Circuit Rule 26.1(a)(3), Plaintiffs-Appellees the Florida State Conference of Branches and Youth Units of the NAACP, Disability Rights Florida, and Common Cause state that the Certificate of Interested Persons filed by the Florida Secretary of State on April 13, 2022, as corrected by the Certificate of Interested Persons filed by the Republican National Committee and National Republican Senatorial Committee on April 25, 2022, is correct and complete, except that the following individual listed on the Florida Secretary of State's Certificate of Interested Persons can be dropped:

1. Michael Pernick (no longer at NAACP Legal Defense & Educational Fund, Inc.)

The Florida State Conference of Branches and Youth Units of the NAACP, Disability Rights Florida, and Common Cause have no parent corporation, and no corporation owns 10% or more of their stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal. Pursuant to Circuit Rule 26.1-2(c), Plaintiffs-Appellees certify that this CIP is complete.

May 10, 2022                               Respectfully submitted,

/s/ P. Benjamin Duke
P. Benjamin Duke*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1270
pbduke@cov.com

Benjamin L. Cavataro
Michael A. Fletcher II*
Dillon H. Grimm*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-6000

Ellen Y. Choi*
COVINGTON & BURLING LLP
415 Mission Street
San Francisco, CA 94105
Telephone: 415-591-7025

Morenike Fajana
Romane Paul*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: 212-965-2200

Amia Trigg*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005
Telephone: 202-682-1300

*Admitted pro hac vice*

*Counsel For Florida NAACP Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on May 10, 2022 and will therefore be served electronically upon all counsel.

                                          */s/ P. Benjamin Duke*
                                          P. Benjamin Duke