FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG. 31 2022

David J. Smith
Clerk

In the

# United States Court of Appeals

## For the Eleventh Circuit

In re: Oral Argument Calendar for the Week of September 12, 2022, to be held in the James Lawrence King Federal Justice Building, Miami, Florida

ORDER:

The United States Marshals Service and the Court Security Officers located at the James Lawrence King Federal Justice Building, in Miami, Florida, are DIRECTED to allow all counsel, parties, and persons who attend oral argument before the United States Court of Appeals for the Eleventh Circuit on September 13, 2022, through September 16, 2022, to enter the King Federal Justice Building and the Eleventh Circuit's courtroom without being required to wear a face mask. This order supersedes any order to the contrary.

/s/ William Pryor
CHIEF JUDGE