# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11143

_____

LEAGUE OF WOMEN VOTERS OF FLORIDA INC., et al.,

                      Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE, et al.,

                      Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00186-MW-MAF

_____

ORDER:

2  Order of the Court  22-11143

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION