# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11143

_____

LEAGUE OF WOMEN VOTERS OF FLORIDA INC., et al.,

                                                                Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE, et al.,

                                                               Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00186-MW-MAF

_____

JUDGMENT

2                                                                                                    22-11143

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 27, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  October 17, 2023