[PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11143

_____

LEAGUE OF WOMEN VOTERS OF FLORIDA INC., et al.,

                                              Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE, et al.,

                                              Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00186-MW-MAF

_____

2                       Opinion of the Court                       22-11143

The opinion has been changed as follows:

On page 40, a comma has been added after the phrase "deposited outside of those hours."

On page 48, a hyphen has been removed from the term "drop boxes" at the top of the page.

On page 60, a second instance of the word "that" has been removed after the phrase "the district court determined that."